**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ULRIC BRONSHAY HICKS, ) | |
| ID # 11437-280, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:15-CV-0269-D |
| ) | |
| EDDIE MEJIA, Warden, ) | |
| FCI-Seagoville ) | |
|     Respondent. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and the petition for habeas corpus filed pursuant to 28 U.S.C. § 2241 is denied with prejudice.

If petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

Signed January 12, 2017.

                                                SIDNEY A. FITZWATER
                                                UNITED STATES DISTRICT JUDGE